# UNITED STATES DISTRICT COURT

## District of Minnesota

Leiner Leonel Guaillas Guaman,

Petitioner(s),

v.

Pamela Bondi, Markwayne Mullin, Todd M. Lyons, David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1062 SHL/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of the Petitioner.

Date: 3/25/2026

KATE M. FOGARTY, CLERK